FILED

JUL 05 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID DONALD SAVAGE,

Defendant.

Case No. 2:18-mj-00071-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release DAVID DONALD SAVAGE, Case No. 2:18-mj-00071-DB Charge 18 USC § 924(c), 21 USC § 841(a)(1), from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 50,000.00 co-signed by Micaela Savage

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

____ (Other):

*To be released from Marshals to pretrial at 9:00 am on 7/6/18.*

Issued at Sacramento, California on July 5, 2018 at 2:35 pm

By: _____
Magistrate Judge Carolyn K. Delaney